**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA　　\*

v.　　　　　　　　　　　　　\* Criminal Case No. 23-405-TJK

FREEDOM VY　　　　　　　　\*

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**DEFENDANT'S SENTENCING MEMORANDUM**

The Defendant, FREEDOM VY, by and through his attorney Alfred Guillaume III, hereby submits the following sentencing mitigation report.

WHEREFORE, undersigned counsel requests that this Honorable Court consider the report and all its attachments at the Defendant's sentencing.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*Alfred Guillaume*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Alfred Guillaume III, Esq.
　　　　　　　　　　　　　　　　　　Law Offices of Alfred Guillaume III
　　　　　　　　　　　　　　　　　　1350 Connecticut Ave. NW, #308
　　　　　　　　　　　　　　　　　　Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing Sentencing Memorandum was electronically filed with the Clerk via the CM/ECF system on September 10, 2024 with notice and access to all involved parties.

*Alfred Guillaume*
_____
Alfred Guillaume III, Esq.