UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**FREEDOM VY,**<br><br>Defendant. | **Case No. 23-CR-405 (TJK)** |

**GOVERNMENT'S NOTICE OF FILING OF VIDEOS**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, through the undersigned, hereby gives this notice pursuant to Local Criminal Rule 49, of the following videos that were provided to the Court and defense counsel on September 23, 2024 via USAfx, in response to the Court's minute order relating to the sentencing hearing scheduled for September 24, 2024. As video clips, they are not in a format that readily permits electronic filing on CM/ECF.

The videos are as follows:

1. A file entitled "Exhibit 2 - US v Nordean Trial Exhibit 613P - 0.58.06," which is a video clip from a Proud Boys video conference call prior to January 6, 2021.

2. A file entitled "Exhibit 3 - US v Nordean Trial Exhibit 613E - 0.21.20," which is a video clip from a Proud Boys video conference call prior to January 6, 2021.

3. A file entitled "Exhibit 7 - US v Nordean Trial Exhibit 613G - 0.28.47," which is a video clip from a Proud Boys video conference call prior to January 6, 2021.

The government is also able to provide a disc with the video clips to chambers, if desired. If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be promptly released to the public.

                Respectfully submitted,

                MATTHEW M. GRAVES
                UNITED STATES ATTORNEY
                DC Bar No. 481052

By:    /s/ *Kyle M. McWaters*
                Kyle M. McWaters
                D.C. Bar No. 241625
                Assistant United States Attorney
                601 D Street NW
                Washington, DC 20850
                (202) 252-6983
                kyle.mcwaters@usdoj.gov